**In re Donn Reynolds ARMSTRONG, Stanley S. Borys and Richard Paul Anderson.**

**No. 2007–1001.**

United States Court of Appeals, Federal Circuit.

Feb. 7, 2007.

ON MOTION

*ORDER*

Upon consideration of Donn Reynolds Armstrong et al.'s unopposed motion to

voluntarily dismiss their appeal, from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences, no. 10/125,942,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.